JUDGE HOLWELL

**07 CV 4803**

232-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

JUN 0 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VYZANTIO SHIPPING LTD.,

           Plaintiff,

-against-

FORMOSA PETROCHEMICAL CORPORATION,

           Defendant.
------------------------------------------------------------x

07 CV _____ ( ___ )

**RULE 7.1 STATEMENT**

The Plaintiff, VYZANTIO SHIPPING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       June 5, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff VYZANTIO SHIPPING LTD.
              By: _____
                              Peter J. Gutowski (PG 2200)
                              Pamela L. Schultz (0335)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/283009.1