232-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VYZANTIO SHIPPING LTD.,

                        Plaintiff,

-against-

FORMOSA PETROCHEMICAL CORPORATION,

                        Defendant.
----------------------------------------------------------x

07 Civ. 4803 (RJH)

**STIPULATION AND ORDER VACATING ATTACHMENT AND DIRECTING TRANSFER OF ATTACHED FUNDS**

It having been reported to the Court by the parties that substitute security has been posted:

**IT IS HEREBY ORDERED** that the attachment issued in this action under Supplemental Rule B is hereby vacated and the garnishee Deustche Bank Trust Company, who is presently restraining $9,265,294.59, is hereby directed to transmit those funds back to FORMOSA PETROCHEMICAL CORPORATION.

Dated: July 26, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
VYZANTIO SHIPPING LTD

By: _____
Peter J. Gutowski (PG 2200)

NYDOCS1/287470.1

Pamela L. Schultz (PS 0335)
80 Pine Street
New York, NY 10005

Dated: July  , 2007

LENNON MURPHY & LENNON, LLC
Attorneys for Defendant
FORMOSA PETROCHEMICAL CORPORATION

By: _____
Charles E. Murphy (CM2125)
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Suite 300
New York, New York 10170

So Ordered:

_____
U.S.D.J.

Dated: July ___, 2007
August 7

NYDOCS1/287470.1             2