232-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VYZANTIO SHIPPING LTD.,                  07 Civ. 4803 (RJH)

               Plaintiff,

                                                        **STIPULATION AND DISMISSAL**
-against-                                **PURSUANT TO RULE 41**

FORMOSA PETROCHEMICAL CORPORATION,

               Defendant.
------------------------------------------------------------x

The above entitled action is hereby discontinued without prejudice and without costs pursuant to Fed.R.Civ.P.41(a)(1)(ii).

Dated: September 11, 2007

                                                 FREEHILL HOGAN & MAHAR, LLP
                                                 Attorneys for Plaintiff
                                                 VYZANTIO SHIPPING LTD.

                                                 By: _____
                                                   Peter J. Gutowski (PG 2200)
                                                 Pamela L. Schultz (PS 8675)
                                                 80 Pine Street
                                                 New York, NY 10005

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/13/07]

Dated: September 11, 2007

LENNON MURPHY & LENNON, LLC
Attorneys for Defendant
FORMOSA PETROCHEMICAL CORPORATION

By: _____
Patrick F. Lennon (PL - 2162)
420 Lexington Ave., Suite 300
New York, New York 10170
(212) 490-6050
(212) 490-6070 fax

So Ordered:

_____
U.S.D.J.

Dated: September 1L , 2007